**JS-6 / ENTERED**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RIDIO, | ) Case No. CV 12-0189-JPR |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

For the reasons set forth in the accompanying Memorandum Opinion and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is GRANTED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; and (3) judgment is hereby entered in Plaintiff's favor.

DATED: April 19, 2013

JEAN ROSENBLUTH
U.S. Magistrate Judge